**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**25-CR-60039-SINGHAL/STRAUSS**
CASE NO. _____

IN RE SEALED INDICTMENT

_____/

FILED BY_____**BM**_____D.C.

**Feb 20, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States

Attorney, respectfully requests that the Indictment, arrest warrant, and any resulting order be

SEALED until the arrest of the defendant or until further order of this Court, excepting the United

States Attorney's Office and any relevant law enforcement agency, which may obtain copies of

the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any

other necessary cause, for the reasons that the named defendant may flee, the safety of the arresting

officers could be compromised, and the integrity of an ongoing investigation may be compromised

should knowledge of this Indictment become public.   The Assistant United States Attorney is

prepared to provide further information *in camera* should the Court so require.

Date: February ___, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____

Christopher J. Clark
Assistant United States Attorney
Fla Bar No.: 058804
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel.: 305-961-9167
Email: Christopher.clark@usdoj.gov