# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Fort Lauderdale Courtroom 310**                    Date: 3/21/2025    Time: 11:00AM

Defendant: **Carleen Noreus**                    J#: **68023-511**    Case #: **25-cr-60039-AHS**

AUSA: **Camille Smith for Christopher Clark**                    Attorney: **Andrew Feldman (trial only)**

Violation: 18 U.S.C. § 1349 - Conspiracy to commit wire fraud; 18 U.S.C. § 1343 - Wire fraud; 18 U.S.C. § 1956(h) - Conspiracy to commit money laundering; 18 U.S.C. § 1956(a)(1)(B)(i) - Money laundering; 18 U.S.C. § 1957(a) - Money laundering

Proceeding: Initial Appearance/Arraignment                    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No                    Recommended Bond:

Bond Set at: $150,000 10% cash bond w/ Nebbia                    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS **as directed**/or _____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☑ Other:  See bond.

Language:  English

**Disposition:**

Def. present in court. Def. advised of her rights and charges. Attorney Andrew Feldman filed NOA in open court. Gov't oral motion to unseal case – granted. Joint stipulated oral motion for bond – granted. Court accepts and sets $150k 10% cash bond with Nebbia. Def. has until COB 3/25/2025 to satisfy Nebbia condition. Arraignment held. Reading of Indictment waived. NG plea entered. JT demanded. Oral motion for SDO – granted.  All further proceedings before Judge Singhal.

**Brady order entered.**

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|

**Report Re Counsel**:

**PTD**/Bond Hearing:

**Prelim/Arraign** or Removal:

Status Conference RE:

D.A.R.  11:05:00                    Time in Court:  20 minutes

**CHECK IF APPLICABLE:** ___For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..