UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (310)

DEFT: **CARLEEN NOREUS (B)#**            CASE NO: **25-60039-CR-SINGHAL**

AUSA: **C. CLARK (M. AUGUSTIN DUTY AUSA)**     ATTY: **A FELDMAN (K HARKINS)**

USPO:                                    VIOL: **18:U.S.C.§1343, 1349, 1956**

PROCEEDING: **ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT**     RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no         COUNSEL APPOINTED:

BOND SET @:                              To be cosigned by:

☐     All standard conditions           **\*\*BRADY ORDER ENTERED ON 3/21/26 \*\***

☐     Do not encumber   property**.**     **DEFENDANT PRESENT IN COURT WITH COUNSEL**

☐     Surrender and / or do not obtain passports / travel documents.     **READING OF INDICTMENT WAIVED. NOT GUILTY PLEA**

☐     Rpt to PTS as directed /   or_ x=s a week/month by phone; _ x=s a week/month in person.     **ENTERED. JURY TRIAL DEMANDED. SDO REQUESTED**

☐     Random   urine testing by Pretrial Services. Treatment as deemed necessary.     **DEFENDANT'S ORE TENUS MOTION FOR SDO**

☐     Maintain or seek full - time employment.     **IS GRANTED.**

☐     No contact with victims / witnesses.

☐     No firearms.

☐     Electronic Monitoring:

☐     Travel extended to:

☐     Other: **PLEASE REFER TO BOND FOR CONDITIONS**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT   RE COUNSEL:

**PTD**/BOND HEARING:

**ARRAIGN** OR **REMOVAL**:

**PRELIM/EXAM HRG**

**03/24/26**   TIME:   **11:00 AM**   FTL/TAPE/# JMS-     Begin   **310**

[5 MINUTES] *** RECORDED INCOURTROOM 310**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (**YES** OR NO) DAR: 11:38:51-11:41:07