**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 25-CR-60039-AHS |
| | ) |
| | ) |
| CARLEEN NOREUS | ) |
| | ) |
| | ) |

**CARLEEN NOREUS' FIRST AMENDED EXHIBIT LIST**

Mrs. Noreus files this First Amended Exhibit List. Mrs. Noreus reserves the right to supplement or amend the list attached herein.

FELDMAN FIRM PLLC
150 Southeast 2nd Avenue
Suite 600
Miami, Florida 33131
Direct: 305.714.9474
Email: afeldman@feldmanpllc.com
Florida Bar No. 60325
Email: kharkins@feldmanpllc.com
Florida Bar No. 1060533

*Attorneys for Carleen Noreus*

| Exhibits | Description | Date Admitted/Witness |
|---|---|---|
|  |  |  |
|  |  |  |
| **100 SERIES (Corporate Records and Agreements)** |  |  |
|  |  |  |
| CN101 | Shavon Jones Finders Fee Agreement with NERC (August 30 2019) |  |
| CN102 | Carleen Health Institute Tuition Receipts (Tanis) |  |
| CN103 | SEC Outsourcing Engagement Letter May 31 2019 |  |
| CN104 | Spoon University LLC Sun Biz Records |  |
| CN105 | Lee Institute DE CNA Printout |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **200 SERIES (Financial Records)** |  |  |
| CN200 | April 11 2018 Wire Transaction for Closing Statement Shavon Jones |  |
| CN201 | NERC Checks to Lonnette Blair |  |
| CN202 | NERC Checks to Rene Bernadel |  |
| CN203 | NERC Checks to Eunide Sanon |  |
| CN204 |  |  |
| CN205 | Carleen Returned Deposits Composite |  |
| CN206 | PayPal Composite 1099 Carleen Health Institute |  |
| CN207 | NERC Deposits Summary Exhibit |  |
| CN208 | Stanton Paid Checks Summary Exhibit |  |
| CN209 | PayPal Carleen Summary Exhibit |  |
| CN210 | Counts 8-10 Summary Exhibit (ML) |  |
|  | [*reserved*] |  |
|  |  |  |
| **300 SERIES (Agency Records)** |  |  |
|  |  |  |
| CN300A-C | DeSantis Executive Orders 2020-2021 EO-21-45, EO-21-94 and EO-20-52 |  |
| CN301 | DOH Executive Order 20-003 March 2020 |  |

| Exhibits | Description | Date Admitted/Witness |
|---|---|---|
| CN302 | DOH Executive Order 20-008 May 2020 | |
| CN303 | DOH Executive Order 20-012 September 2020 | |
| CN304 | DOH Executive Orders Exhibit Summary | |
| CN305 | May 13 2019 Letter Sheri Sutton to Carleen Re Second Year of Probation ASN WPB | |
| CN306 | DOH Executive Order 21-001- March 2021 | |
| CN307 | | |
| **400 SERIES (Nurses)** | | |
| | | |
| CN400 | Tahira Bastien Miami Dade College Transcript | |
| CN401A | Tahira Bastien AHA ACLS Certification | |
| CN401B | Tahira Bastien AHA Basic Life Support Certification 6/30/18 | |
| CN403 | Tahira Bastien Operation Nightingale Questionnaire 8/24/23 | |
| CN404 | Tahira Bastien Faxed Statement to Missouri BON 8/28/23 | |
| CN405 | Tahira Bastien Sigma Institute Transcript | |
| CN406 | Tahira Bastien CHI Health Alterations Records | |
| CN407 | Tahira Bastien Triage LLC Intake Form | |
| CN408 | Tahira Bastien Nursys Profile | |
| CN409 | Tahira Bastien CHI Registration Information | |
| CN410 | Tahira Bastien CHI Receipt for Med Surge III | |
| CN411 | Tahira Bastien Sigma Health Records | |
| CN412 | Email October 16 2020 Tahira Bastien and Barbara Lewis | |
| CN413 | Email October 10 2020 Tahira Bastien and Barbara Lewis | |
| CN414 | Email Chain October 6 2020 Tahira Bastien and Carleen Noreus | |
| CN415 | Email December 2 2020 Jodi Ann Miller to Tahira Bastien Re Inquiry Response | |
| CN416 | Email October 2 2020 Tahira Bastien and Carleen Noreus | |
| CN417A | Triage LLC Employment Agreement 4/14/23 Mercy | |
| CN417B | Triage LLC Employment Agreement 2/2/23 Banner | |
| CN418 | Tahira Bastien Florida Administrative Complaint | |
| CN419 | Tahira Bastien Resume | |
| CN420-420A | Email August 15 2019 Vernique Earl to Stanton Witherspoon | |
| CN421 | Email July 29 2022 Vernique Earl to Stanton Witherspoon | |

| Exhibits | Descripiton | Date Admitted/Witness |
|---|---|---|
| CN422 | Vernique Earl Resume and Candidate Profile 10/4/22 | |
| CN423 | Vernique Earl Nursys Profile | |
| CN424 | Vernique Earl 10/24/22 Vitas Acceptance Letter | |
| CN425 | Vernique Earl Vitas Pay Slip 1/6/2023 | |
| CN426-426A | Email July 8 2020 Afelumo Oluwasegun and Stanton Witherspoon | |
| CN427 | Email May 27 2022-June 8, 2022 Afelumo Oluwasegun and Stanton Witherspoon | |
| CN428 | Temitope Oluwo Nursys Profile | |
| CN429 | Spruce Manors Records for Temitope Oluwe | |
| CN430 | Email September 8 2021 Temitope Oluwo to Stanton Witherspoon | |
| CN431 | Email December 8 2020 Temitope  Oluwo to Stanton Witherspoon Re Attention | |
| CN432-432A | Email August 23 2020 Temitope Oluwo to Stanton Witherspoon with attachment | |
| CN433-433A | Email August 29 2020 Temitope Oluwo to Stanton Witherspoon with attachment | |
| CN434-434A | Email August 9 2020  Temitope Oluwo to Stanton Witherspoon with attachment | |
| CN435-434A | Email July 10 2020  Temitope Oluwo to Stanton Witherspoon with attachment | |
| CN436-436A | Email July 24 2020  Temitope Oluwo to Stanton Witherspoon with attachment | |
| CN437-437A | Email August 16 2020  Temitope Oluwo to Stanton Witherspoon with attachment | |
| CN438-438A | Email August 2 2020  Temitope Oluwo to Stanton Witherspoon with attachment | |
| CN439-439A | Email July 17 2020 Temitope Oluwo to Stanton Witherspoon with attachment | |
| CN440 | Yoosllnn Cadeau Nursys Profile | |
| CN441 | Yoosllnn Cadeau Courseworks Notes | |
| CN442 | Yoosllnn Cadeau CHI and NERC Records | |
| CN443 | Yoosllnn Cadeau_ PITC Transcripts and Class Records | |
| CN444 | Yoosllnn Cadeau PITC Self Assessment and References | |

| Exhibits | Description | Date Admitted/Witness |
|---|---|---|
| CN445 | Yoosllnn Cadeau PITC Personal Statement | |
| CN446 | Rosemary Benson - Resume and Application | |
| CN447 | Christine James Daley RN Verification Nursys | |
| CN448 | Christine James Daley Statement RE online clinic lab practicum | |
| CN449 | Picture of Christine James Daley ACLS Card | |
| CN450 | Picture of Christine James Daley CPR Card | |
| CN451 | Picture of Christine James Daley IV Therapy CE Certificate | |
| CN452 | Roselyn Che Aug 21 2024 Reply Notes to VA | |
| CN453 | Roselyn Che Aug 13 2024 Written Reply to VA | |
| CN454 | Roselyn Che Aug 21 2024 Written Reply to VA | |
| CN455 | Email Tamara Alexander to Stanton 82720 NERC August Payment | |
| CN455A | Tamara Alexander NERC Payment 82720 | |
| CN456 | Tahira Bastien AHA Certificates of Completion BLS and ALS II | |
| CN457 | Tahira Bastien 11723 RN Stepdown Checklist Completed for Triage | |
| CN458 | Tahira Bastien Banner Health Chronological Management Record | |
| CN459 | Employee HR Relations Banner Health File for Tahira Bastien 72023 | |
| CN460 | Kendra Smith Reed CHI Transcript with Transfer Credits | |
| CN461 | Neba - Resume | |
| CN462 | Neba - Resume and Qualifications | |
| CN463 | Monica Lawson NERC Records | |
| CN464 | Emelyne Desravins CHI Documents | |
| CN465 | Marlene Desrameaux CHI Files | |
| CN466 | Email Nov 7 2020 Watson D Transcript to B Lewis | |
| CN466A | Watson Dieurestil Broward County Transcript Transcript PLN | |
| CN467 | Email July 5 2023 W Dieurestil to Carleen Re Interest in ASN Program at CHI | |
| CN468 | Email April 10-12 2023 Internal Banner Health Re Tahira Bastien | |
| CN469 | Email Internal Banner Helath April 10 2023 Re Tahira Bastien | |
| CN470 | Email March 21 2023 Banner Health Internal Re Tahira Bastien | |
| CN471 | Email October 19 2020 Carleen to Bastien Re Registration and Receipt | |
| CN472 | Email June 20 2022 Will Antouchwi to JT Re Aspen Transcript Request | |
| CN473 | Email June 20 2022 Will Antouchwi to JT Re Aspen University Transcript | |

| Exhibits | Description | Date Admitted/Witness |
|---|---|---|
| CN474 | Email Aug 29 2022 Stanton to Carleen Fwd Transcript (AO) with attachment | |
| CN475 | Email Jan 3 2022 Kendra Smith Reed to Carleen Illegible Transcript | |
| CN476 | Email January 25 2022 Kendra Smith Reed to Carleen and DOE OIG Re transcript requests | |
| CN477 | Email May 25 2021 Kendra Smith Reed to Carleen Re Transcript Request | |
| CN478 | Email Jan 24 2022 Sherri Sutton to Carleen Re Kendra Smith Reed Transcript | |
| CN479 | Email March 3 2022 Mark Murray to Stanton and Lonnette B Re Outstanding Open CIE Complaints | |
| CN480 | Email January 4 2020 Venice Williette to Stanton and Barbara Penson Go To Meeting Access is Needed | |
| CN481 | Temitope Oluwe Falcon Records | |
| CN482 | Yoosllnn Cadeau CHI Transcript | |
| CN483 | Temitope Oluwe CHI Transcript | |
| CN484 | Vernique Earl CHI Transcript | |
| CN485 | Tahira Bastien CHI Transcript | |
| CN486 | Nurses Composite (Nursys) | |
| CN487-487A | Email August 25 2021- September 5 2021 from Carleen to FL Health And Sutton  re Transcript Corrections | |
| CN488 | Felisha Bruno Jersey College Transcript | |
| CN489 | Constance Adams Jersey College Transcript | |
| CN490 | Email Sept 9 2021 from FL Health to Carleen re Confidential Verification of Information | |
| CN491 | Email Jan 25 2022 from Sherri Sutton to Carleen re K Smith Reed | |
| CN492-492A | Email Oct 30 2019 from Chantal Mondesir to Barbara Lewis re Transcripts for 80 Review | |
| CN493-493A | Email Sept 11 2019 from Camica Rose to Barbara Lewis re 80 Review | |
| CN494-494A | Email Aug 26 2021 from Sherri Sutton to Carleen re Clarification Advice | |
| CN495 | Temitope Oluwe Employee File | |
| CN496 | Florida Amended Admin Complaint Tahira Bastien | |
| **500 SERIES (Text Messages)** | | |

| Exhibits | Description | Date Admitted/Witness |
|---|---|---|
| CN501 | May 30 2018 Stanton and Mayralisa Text Thread | |
| CN502 | February 23 2019 Carleen and Lemuel Text Thread | |
| | *[Reserved]* | |
| | | |
| | | |
| | | |
| | | |
| **600 SERIES (Emails)** | | |
| CN600-600A | Email March 22 2020 Sherri Sutton to Carleen with attachment | |
| CN601 | Email May 15 2020 CIE to CIE listserv | |
| CN602-602A | Email May 22 2020 Sherri Sutton to Carleen with attachment | |
| CN603 | Email January 4 2021 Sherri Sutton to Carleen | |
| CN604-604A | Email October 15 2020 Rosario Nunez to Carleen and Stanton Witherspoon Re CIE Documents | |
| CN605-605A | Email May 13 2019 Janet Doke to Carleen and Sherri Sutton with Attachments | |
| CN606 | Email February 3 2019 Carleen to Brady Lyon Re Correction for Clerk Order | |
| CN607-607A | Email June 28 2021 Carleen to Brady Lyon Re Info Needed Renewal #3369 and attachments | |
| CN608 | | |
| CN609-609A | Email June 4 2018 Pierre to Stanton Witherspoon and Cleophat Tanis Re Bounced Checks | |
| CN610-610A | Email July 27 2021 Stanton Witherspoon to Emily RE List with xlsx attached | |
| CN611-611A | Email April 18 2020 Lonnette Blair to Stanton Re Attendance with xlsx attached | |
| CN612-612A | Email April 19 2020 Lonnette Blair to Stanton Re Attendance with xlsx attached | |
| CN613 | Email January 1 2022 Canvas Free to Stanton Witherspoon | |
| CN614 | Email October 25, 2019 Stanton Witherspoon to Students Re NCLEX | |

| Exhibits | Description | Date Admitted/Witness |
|---|---|---|
| CN615-615A | Email  February 24, 2021  Rosario Nunez to Stanton Witherspoon with Attachments | |
| CN616-616A | Email June 26 2018 Stanton Witherspoon to Lonnette Blair Re Beatrice Curry with atttached docx | |
| CN617-617A | Email September 1 2019 Stanton Witherspoon to Maxine Francis re Attendance with attachments | |
| CN618-618A | Email June 4 2019 Stanton Witherspoon to Cleophat Tanis and Lemuel Pierre Re Expenses with attachments | |
| CN619-619A | Email June 7 2018 Stanton Witherspoon to Cleophat Tanis Re LPN Transcripts with attachment | |
| CN620-620A | Email April 27 2020 Rene Bernadel to Stanton Witherspoon Re My List Report with attached xlsx | |
| CN621-621A | Email February 24 2020 Lonnette Blair to Stanton Witherspoon Re please print attached xlsx workbook | |
| CN622 | Email July 21 2020 Shanice Hall to Carleen and Stanton Witherspoon | |
| CN623 | Email February 24 2022 Kimberly Mathers to Stanton Witherspoon and Rene Bernadel | |
| CN624-624A | Email October 13 2021 Lonnette Blair to Stanton Witherspoon Fwd All Students with attached xlsx | |
| CN625-625A | Email December 6 2022 Awa Lowe to Barbara Lewis with attachment | |
| CN626-626A | | |
| CN627 | Email November 3 2021 Lonnette Blair to Parsley and Witherspoon and Rene Bernadel | |
| CN628-628A | Email November 8 2021 Lonnette Blair to Stanton Witherspoon and Rene Bernadel with attachment New Carleen Transcript | |
| CN629 | Email April 12 2018 Maxine Francis to Stanton Witherspoon Re Pediatric site visit | |
| CN630 | Email July 24 2019 Stanton Witherspoon to Martha Kerubo Re Following Up | |
| CN631 | Email August 24 2021 Lonnette Blair to Stanton Witherspoon and Teachers Re Faculty Meeting | |
| CN632 | Email October 4-7 2021 Roseline Eke to Lonnette Blair and Stanton Witherspoon Re Extortion by Blair | |

| Exhibits | Description | Date Admitted/Witness |
|---|---|---|
| CN633-CN633A | Email January 10 2022 Mark Murray to Stanton with attachment | |
| CN634 | Email May 11 2016 L Blair to Stanton Pierre Dufort Re EXIT EXAM | |
| CN635 | Email August 20 2020 Stanton to V Willette Re Student LPN to RN | |
| CN636 | Email August 30 2019 Jones to Stanton Re Finder's Fee Agreement - School Purchase | |
| CN636A | Finders Fee Witherspoon | |
| CN637 | Email March 20 2018 Jones to Carleen Re Cash Offer Received | |
| CN638 | Email April 11 2018 Shavon to Carleen Re Address for Wire | |
| CN639 | Email February 8 2019 V Doltsh to Blewis Carleen Seth Re Updated Delray Clinical Information | |
| CN639A | Eligible Form Delray March 4 2018 | |
| CN640 | Email March 11 2019 Stanton Witherspoon to Nick Gachahi FW Website with attached NCLEX Website document docx | |
| CN641 with attachments | Email June 27 2019 Carleen to Brady Lyon CIE Re Change of Location attachments | |
| CN642 | Email July 12 2019 Carleen and Rochelle Harrison Re Clinical Week #2 student list | |
| CN643 | Email February 16 2023 2023 Kauffman and JT Re Vernique Earl and Aspen | |
| CN644-644A | Email March 24 2021 Lonnette Blair to Stanton and Others Re Invoice | |
| CN645 | Email January 24 2019 Carleen and FL Health_ RE  urgent info request.msg | |
| CN646-646A | Email March 16 2022 N Bernadel to Stanton Lonnette Rene Re Resignation | |
| CN647 | Email February 4 2017 Stanton Tanis Re Gamma | |
| CN648-648A | Email February 8 2017 Stanton Fwd Gamma and Chart | |
| CN649 | | |
| CN650 | TD Bank Excerpt of Wire Transfers | |
| CN651 | Email August 1 2023 A Nadler to Stanton Sienna | |
| CN652 | Email August 2 2023 A Nadler to Stanton Calendar Invite | |
| CN653 | Email August 2 FBI Stanton Call | |
| CN654 | Email August 2 2023 MS Teams Invite | |
| CN655 | Email August 2 2023 Stanton and FBI | |

| Exhibits | Description | Date Admitted/Witness |
|---|---|---|
| CN656 | Email August 3 2023 A Nadler Stanton Re Sienna | |
| CN657 | Email August 3 2023 A Nadler Stanton Re Carleen | |
| CN658 | Email August 10 2023 Stanton to A Nadler | |
| CN659 | Email July 28 2023 A Nadler to Stanton | |
| CN660 | Email July 29 2023 A Nadler to Stanton | |
| CN661-661A | Email March 11 2019 Stanton and Nick Gachahi Re NERC website | |
| CN662-662A | Email FL DOE March 22 2022 CIE Closure of Complaint and Attachment | |
| **700 SERIES  (Carleen School Records)** | | |
| | | |
| *CN700* | | |
| CN701 | Carleen Health Institute WPB Affiliate Clinical Agreements Composite | |
| CN702 | Carleen WPB Affiliate Agreements 2016 Executed | |
| | *[Reserved]* | |
| | | |
| | | |
| **800 SERIES (Court Documents)** | | |
| CN800 | Stanton Witherspoon Affidavit | |
| CN801 | Stanton Witherspoon Plea Agremeent SDFL | |
| CN802 | Stanton Witherspoon Factual Basis | |
| CN803 | Cleophat Tanis Plea Agreement SDFL | |
| CN804 | Cleophat Tanis Plea Agreement DDC | |
| CN805 | Cleophat Tanis Factual Basis SDFL | |
| CN806 | Cleophat Tanis Affidavit | |
| CN807 | Lemuel Pierre Affidavit | |
| CN808 | Lemuel Pierre Plea Agreement SDFL | |
| CN809 | Lemuel Pierre Factual Basis | |
| CN810 | Rhomy Louis Plea Agreement SDFL | |
| CN811 | Rhomy Louis Factual Basis | |
| CN812 | Rene Bernadel Plea Agreement SDFL | |
| CN813 | Rene Bernadel Factual Basis | |
| CN814 | | |

| Exhibits | Description | Date Admitted/Witness |
|---|---|---|
| CN815 | Cleophat Tanis DDC Consent Forfeiture Judgment | |
| CN816 | Cleophat Tanis DDC Sentencing Memorandum | |
| CN817 | Tahira Bastien Immunity Letter 11.2025 | |
| CN818 | Lonnette Blair Plea Agreement and Factual Basis | |
| **900 SERIES (902 11)** | | |
| CN901 | 902(11) JPMC Medlife Institute | |
| CN902 | 902 (11) TD Bank NERC Records | |
| CN903 | 902(11) PITC Institute | |
| CN904 | 902 (11) Falcon Institute  (Pending) | |
| CN905 | 902(11) Blair TD Bank Account | |
| CN906 | 902(11) Blair TD Bank Account 2 | |
| CN907 | 902(11) TD Bank Carleen Health Institute II (Pending) | |
| CN908 | 902(11) WireGrass Technical College  (Penson) (Pending) | |
| CN909 | 902(11) TD Bank  NERC Records | |
| CN910 | DOH Records [pending] | |
| CN911 | TD Bank Records Lawor and Stanton Witherspoon [pending] | |
| | *[reserved]* | |
| | | |
| | | |
| **900 SERIES -BUSINESS RECORDS** | | |
| CN901A | JPMC Medlife Institute | |
| CN902A | TD Bank NERC Records | |
| CN903A | PITC Institute | |
| CN904A | Falcon Institute | |
| CN905A | Blair TD Bank Accounts Records | |
| CN906A | BlairTD Bank Account 2 Records | |
| CN907A | TD Bank Carleen Health Institute II Records | |
| CN908A | WireGrass Technical College Records | |
| CN909A | TD Bank  NERC Records | |
| CN910A | DOH Records [pending] | |
| CN911A | TD Bank Stanton Records [pending] | |
| | *[reserved]* | |

| Exhibits | Descripition | Date Admitted/Witness |
|---|---|---|
|  |  |  |