UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60039-CR-SINGHAL(s)(s)

UNITED STATES OF AMERICA

v.

CARLEEN NOREUS,

      Defendant.

_____/

## STIPULATIONS OF FACT

The United States of America, defendant Carleen Noreus, and her undersigned counsel all stipulate and agree to the following facts:

1.     The email and facsimile communications described in Counts 2 through 6 of the second superseding indictment were transmitted by means of wire communication in interstate and foreign commerce.

2.     The financial transaction described in Count 8 of the second superseding indictment affected interstate and foreign commerce.

1

3.      The monetary transactions by and through a financial institution described in Counts 9 and 10 of the second superseding indictment affected interstate and foreign commerce.

**So stipulated at Ft. Lauderdale, Florida, this 10th day of June, 2026.**

Respectfully submitted,

CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY

ANDREW FELDMAN, ESQ.
ATTORNEY FOR DEFENDANT

CARLEEN NOREUS
DEFENDANT

2