## FACTUAL BASIS

Pursuant to Federal Rule of Criminal Procedure 11, Mrs. Noreus agrees that the following facts are sufficient to prove guilt beyond a reasonable doubt as to Count 1 in the Second Superseding Indictment.

From in or around March 2018, and continuing through in or around February 2023, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant, **CARLEEN NOREUS** owned and operated Carleen Home Health School.

From in or around February of 2019 until February 2022, Stanton Witherspoon paid **CARLEEN NOREUS** to falsify diplomas for ASN, BSN, and LPN programs reflecting that students had attended and graduated from Carleen Home Health School and Carleen Home Health School II. **CARLEEN NOREUS** also received money from Stanton Witherspoon to falsify official transcripts from Carleen Home Health School and Carleen Home Health School II when students did not earn credits or grades at either Carleen school as reflected in those transcripts, including grades for clinical courses as reflected in those transcripts. In addition, **CARLEEN NOREUS** backdated the transcripts that were issued to students to make it appear that the Carleen schools had not been terminated by the Florida Commission of Independent Education (CIE) and were eligible to enroll students when in fact they were not.

In furtherance of the conspiracy, and no later than February of 2019, **CARLEEN NOREUS**, Stanton Witherspoon, and others sent and caused others to send, via interstate wire communications, information used to create false and fraudulent official transcripts and diplomas from Carleen Home Health School. In addition, **CARLEEN NOREUS** agreed with Stanton Witherspoon to obtain nursing licensure in various states including California, Pennsylvania, and Florida. Additionally, if a co-conspirator obtained a multi-state license, under the Nurse Licensure Compact that individual was authorized to practice in other Nurse Licensure Compact states without having to obtain additional licenses.

In furtherance of the conspiracy, at least one nurse co-conspirator, L.W., paid cash to Stanton Witherspoon to obtain a fraudulent diploma and other documents which were created and distributed by **CARLEEN NOREUS**, for the purpose of fraudulently obtaining employment and benefits as a nurse with a healthcare provider in Connecticut. In addition, **CARLEEN NOREUS** facilitated an interstate wire transmission on February 9, 2023, to Vault as part of Vault's education verification process for candidate T.B. who was seeking employment with Triage, which contracted with Mercy Hospital and Banner Health. In that transmission, **CARLEEN NOREUS** falsely communicated to Vault that T.B. had obtained a diploma and an ASN degree with Carleen Home Health School even though **CARLEEN NOREUS** knew that T.B's transcript falsely represented that

T.B. had earned credits at Carleen Home Health School instead of Sigma Institute of Health and falsely represented that T.B. had enrolled at Carleen Home Health before CIE terminated the school. In fact, **CARLEEN NOREUS** had backdated the transcript to the year when Carleen Home Health School could enroll students in the ASN program.

**CARLEEN NOREUS** used the proceeds of the conspiracy for her personal use and benefit, the use and benefit of others, and to further the conspiracy.

Therefore, **CARLEEN NOREUS**, did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with Stanton Witherspoon, and others known and unknown to the Grand Jury, to commit wire fraud, that is, to knowingly and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343 all in violation of Title 18, United States Code, Section 1349.

In addition to the above, and pursuant to Federal Rule of Criminal Procedure 11, Mrs. Noreus agrees that the following facts are sufficient to prove guilt beyond a reasonable doubt as to Count 7 in the Second Superseding Indictment.

On at least one occasion beginning no later than August 17, 2022, **CARLEEN NOREUS** agreed with persons known and unknown to the Grand Jury to conduct a financial transaction in an amount exceeding Ten Thousand dollars ($10,000.00) knowing that the financial transaction was derived from unlawful activity. More specifically, tuition payments to Carleen Home Health Institute were obtained through false and fraudulent representations because when those tuition payments were made **CARLEEN NOREUS** and others knew that the Carleen schools were terminated and students were ineligible to receive any type of nursing education, diploma, or nursing degree program from the Carleen schools. The payments described above affected interstate commerce and **CARLEEN NOREUS** knew that those payments were derived from unlawful activity, specifically violations of 18 U.S.C. Section 1343.

Furthermore, interstate wire communications were used to further the object of this unlawful agreement and were used to create false and fraudulent official transcripts and diplomas from Carleen Home Health Schools I and II.

In furtherance of the conspiracy, on at least one occasion beginning no later than August 17, 2022, **CARLEEN NOREUS** conducted a financial transaction

which affected interstate commerce to conceal the source, location, purpose, and nature of these proceeds **CARLEEN NOREUS** received from violations of 18 U.S.C. Section 1343 by transferring funds from financial accounts in her name or in the name of Carleen Home Health to other accounts in her name or in the name of Carleen Home Health and by falsely characterizing the purpose of those transactions.

Therefore, **CARLEEN NOREUS,** did willfully agree with others known and unknown to the Grand Jury, to commit offenses under Title 18, United States Code, Sections 1956 and 1957, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of 18 U.S.C. Section 1343, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); *and* to knowingly engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property being derived from wire fraud in violation of 18 U.S.C. Section 1343 knowing that the property involved in the monetary transaction was derived from

some form of unlawful activity, in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

**I have read and reviewed this factual statement with my attorneys, Andrew S. Feldman and Kyra Harkins.**

**Before agreeing to this factual statement, I had sufficient time to ask my lawyers questions about this statement. I have not been promised anything in return for agreeing to this factual statement. I have not been coerced into agreeing to this factual statement and I understand the contents of this factual statement.**

Accepted and agreed to:

CARLEEN NOREUS

Date: 6/15/26

ANDREW S FELDMAN

Date: 6/15/26

KYRA HARKINS

Date: 6/15/26