UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60039-CR-SINGHAL

UNITED STATES OF AMERICA,

       Plaintiff,

VS.

CARLEEN NOREUS,

       Defendant.

_____/

## ORDER SETTING DATE, TIME, AND PROCEDURES FOR SENTENCING HEARING

**THIS CAUSE** came before the Court on the Defendant's Change of Plea hearing held Monday, June 15, 2026. Having heard from the parties, it is hereby

**ORDERED AND ADJUDGED** that a sentencing hearing is set in this matter for **Thursday, September 10, 2026 at 12:00 PM,** in the Fort Lauderdale Division, Courtroom 110, before Judge Raag Singhal.

## SENTENCING PROCEDURES

1. The Probation Office shall disclose the Draft Presentence Investigation Report ("PSR") no later than **35 days** prior to the sentencing hearing.

2. Each party shall file its objections, if any, to the Draft PSR and any motions for sentencing departures or variances no later than **14 days** after the disclosure of the Draft PSR. The non-moving party will then have **7 days** to respond. The non-moving party must respond to each objection to the PSR, as well as to any

1

motion for a variance or departure, even if the non-moving party plans to concede the objection, variance, or departure.

3. The Probation Office shall disclose the Final PSR and Addendum no later than **7 days** before the sentencing hearing. Any party that has previously filed an objection to the PSR shall, no later than **3 days** before the sentencing hearing, file a notice setting forth those previously filed objections, if any, that have been resolved and those that remain outstanding.

4. The Court has set aside **30 minutes** for this hearing. If any party requires more than 30 minutes, counsel for that party shall file, no later than **14 days** prior to the hearing, a motion for more time in which the moving party shall lay out exactly how much time will be needed and why.

5. If on Bond, the Defendant should be prepared to self-surrender at the conclusion of the sentencing hearing.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF

2