**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-60039-CR-SINGHAL(s)(s)**

UNITED STATES OF AMERICA

v.

CARLEEN NOREUS,

       **Defendant.**

_____/

### GOVERNMENT'S REVISED WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, files this revised list of witnesses whom may be called in the government's case-in-chief during the trial of this cause.

Jason Bowman, Florida Department of Education  #1  6-2-26

Sherri Sutton-Johnson, Florida Board of Nursing  #2  6-2-26

Tom Clark, Federal Bureau of Investigation  #4  6-3-26

Eddie Calienes, Department of Health and Human Services, Office of Inspector General

Lori Scheidt, Missouri Board of Nursing  #22  6-11-26

Wendy Miller, Pennsylvania Board of Nursing  #17  6-10-26

Stanton Witherspoon  #14  6-9-26, 6-10-26

Lemuel Pierre

Cleophat Tanis

Rhomy Louis

Tahira Bastien

1

Watson Dieurestil

Temitope Oluwo

Yoosllnn Cadeau

Vernique Earl

Kendra Smith-Reed

Christene James Daley

Rebecca Estime

Cecilia Anthonio

Will Atouchwi Neba

John Wagoner, Mercy Hospital #21 6-11-26

Sandra Morissette, Spruce Manor #6 6-3-26

Christine Caron, U.S. Department of Veterans Affairs

Jami Sinick, Banner Health #20 6-11-26

Caroline Smith, Aya Healthcare #16 6-10-26

Susan Philips, VITAS Healthcare #18 6-11-26

Steve Williams, Triage Staffing #19 6-11-26

Venessa Henry, Associates MD #15 6-9-26

Ira Wellisch, Physician Office of Florida City #5 6-3-26

Ann-Marie Laughlin, South County Mental Health Center #12 6-9-26

Crystal Cole, Windsor Health and Rehabilitation Center #7 6-4-26

Sharon Schmidt, Fruitful Vine Midwifery Services #9 6-4-26

Barbara Lewis #10 6-4-26

Marsha Lowe

Yolande Williams

Lydea Wright OUIYA #13 6-9-26

Khalilah Fort

Yanimy Gonzalez Torres #8 6-4-26

Patricia Nabal #3 6-3-26

Vasthie Joseph

Mary Cline, Forensic Accountant, Federal Bureau of Investigation #11 6-4-26

The United States reserves the right to call additional witnesses or refrain from calling witnesses on this list, as circumstances dictate during trial.

                                        Respectfully submitted,

                                        JASON A. REDING QUIÑONES
                                        UNITED STATES ATTORNEY


By:     /s/ Christopher J. Clark
        CHRISTOPHER J. CLARK
        ASSISTANT U.S. ATTORNEY
        Florida Bar No.0588040
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9167
        Fax: (305) 536-5321
        Christopher.Clark@usdoj.gov

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Christopher J. Clark
CHRISTOPHER J. CLARK
ASSISTANT U.S. ATTORNEY