UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-60039-CR-SINGHAL

UNITED STATES OF AMERICA,

     Plaintiff

vs.

CARLEEN NOREUS,

     Defendant.

_____/

## RELEASE OF EXHIBITS

I, Andrew Feldman, as counsel for the Defendant, hereby acknowledge that the jury trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

☐ **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

☐

☒ **Other**: **All exhibits admitted into evidence during trial starting June 2, 2026 through June 11, 2026.**

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _____   Date: 6/15/26

Exhibits Released by: _____
                Deputy Clerk