IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Case No. 25-CR-60039-AHS
)
)
CARLEEN NOREUS )
)
)

ORDER GRANTING CARLEEN NOREUS' MOTION TO PERMIT MRS NOREUS TO ENDORSE PERSONAL CASHIERS CHECKS TO THE US MARSHALL SERVICE TO DEPOSIT 4 MILLION DOLLARS WITH THE UNITED STATES FORFEITURE

**THIS CAUSE** came before the Court on Carleen Noreus' Motion. The Court, having reviewed the Motion, and being otherwise fully advised, hereby **ORDERS AND ADJUDGES** as follows:

The Motion is **GRANTED**. It is ORDERED AND ADJUGED that Carleen Noreus may personally endorse the below cashiers checks to the US Marshalls Service:

| Bank | Payable To | Amount Issued | Date Issued | Bank Account # |
|---|---|---|---|---|
| Bank of America | Carleen A Noreus | $575,000 | 1/20/26 | 0019 |
| Bank of America | Carleen A Noreus | $575,000 | 1/20/26 | 0019 |
| Truist | Carleen Ann Noreus | $848,389 | 4/27/26 | |
| Citibank | Carleen A Noreus | $500,634.24 | 4/13/24 | *6058 |
| Regions | Carleen A Noreus | $1,000,000.00 | 1/26/26 | |
| Regions | Carleen A Noreus | $49,501.42 | 1/26/26 | |
| Truist | Carleen Ann Noreus | $641,207.57 | 4/27/26 | |

The US Marshalls Service shall accept those cashiers' checks once they are personally delivered to a representative of USMS. The cashier's checks may be endorsed at any recognized financial institution, including Truist.

Carleen Noreus may personally endorse the cashiers checks to the US Marshalls Service so that those account balances may be transferred to any account

owned or controlled by a representative of the U.S. Marshall's service. The cashier's checks may be endorsed at any recognized financial institution, including Truist.

It is further ORDERED and ADJUDGED that Mrs. Noreus may personally endorse her cashier's checks to Feldman Firm PLLC and those checks may be deposited into an escrow account controlled by Feldman Firm PLLC for the purpose of allowing the Firm to transfer those amounts to an account owned or controlled by a representative of the U.S. Marshall's service. The cashier's checks may be endorsed at any recognized financial institution, including Truist.

**DONE AND ORDERED** in Chambers at Fort Lauderdale Florida, Florida, this 15th day of September, 2026.

HON. RAAG SINGHAL
U.S. District Judge

CC: All Counsel of Record